## MINUTES/CALENDAR/ORDER
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### U.S. MAGISTRATE JUDGE EDWIN G. TORRES

**James Lawrence King Federal Justice Building 10th Floor - Courtroom 5**

**November 5, 2019 – 11:00 a.m.**

**Clerk: Maedon Clark**                    **D.A.R.: 11:07:08 – 12:09:46**

**19-23851-MC-TORRES**

**IN THE MATTER OF THE EXTRADITION OF**
**ROBERTO GUILLERMO BRAVO**
**(J) 83579-004**

*Jason Wu, Assistant U.S. Attorney*

*Neal Sonnett, Esquire*

| | |
|---|---|
| **REASON FOR HEARING** | **Plaintiff's Motion for Detention (DE 15)** <br> **Defendant's Motion for Bond (DE 16)** |
| **RESULT OF HEARING** | **Argument heard.   The Court finds the elements for bond have been satisfied.** <br><br> **The Court DENIES the Government's Motion for Detention and GRANTS Defendant's Motion for Bond.** <br><br> **The Court sets $4 million personal surety cosigned by 9 family members and friends (Affidavit and signature from son, Andres Bravo who resides in Colorado is to be submitted within 5 days) + $1 million bond with 10% deposited.** <br><br> **The following conditions are imposed.** <br> • **Surrender passport before defendant is released.** <br> • **Report to U.S. Probation as directed** <br> • **Not to possess a firearm** <br> • **Properties used to collateralize the bond are not to be encumbered until the bond is discharged** <br> • **Home confinement with GPS Monitoring** |

- **Allowances** to leave the residence are for medical needs, court appearances and attorney visits **ONLY**.

**The Government is to submit their brief by 1/6/20 and Defendant's response is due 1/27/20.**
**The Court sets 2/3/20 for the Final Extradition hearing.**


**/s/ Edwin G. Torres**
**EDWIN G. TORRES**
**UNITED STATES MAGISTRATE JUDGE**