UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-mc-23851-EGT

IN THE MATTER OF THE EXTRADITION
OF ROBERTO GUILLERMO BRAVO

_____/

## MOTION TO MODIFY CONDITIONS OF RELEASE

**ROBERTO GUILLERMO BRAVO**, through his undersigned counsel, respectfully moves this Honorable Court to modify the conditions of his release to allow him to accompany his wife for cataract surgery, and states:

Mr. Bravo's wife, Ana Bravo, who is 76, is scheduled to undergo cataract surgery on one eye on Monday, December 5, 2022, with a follow up the next day, and surgery on the other eye approximately 30 days later.[1] In such cases, patients are requested to have a family member, not a taxi or Uber, drive them to and from surgery,

However, when the Court set conditions of bond for Mr. Bravo on November 5, 2019, the Order provided that "Allowances to leave the residence are for medical needs, court appearances and attorney visits ONLY."[2]

Thus, the only way for Mr. Bravo to accompany his wife to her surgery and related appointments is if the Court modifies the present conditions described above. to allow Mr. Bravo to leave his residence for matters related to Mrs. Bravo's surgeries, or more broadly, permit Mr. Bravo to leave his residence for matters approved by his

---

[1] The surgeries will be performed at the North Miami Beach Surgical Center, 120 NE 167th Street. North Miami Beach, FL 33162, approximately 7 miles from the Bravo residence.

[2] See DE 18, page two, entered on 11/06/19.

Pre-Trial Services Officer, Lazaro Fumero.[3]

Moreover, the amount of Mr. Bravo's bond, backed by real estate, has substantially increased over the last three years. When bond was posted in November 2019, seven separate properties were pledged with a total value of $4,327,000.[4]

In light of the increase in real estate values, it is likely that the total value of properties pledged now approaches, or perhaps even exceeds, Ten Million Dollars. For example, Mr. Bravo's residence, which was valued at $1,600,000 in November 2019, is now valued at $3,211,400 by Zillow, double it's 2019 valuation.[5]

Mr. Bravo has scrupulously abided by the conditions of his bond for more than three years and has never previously requested any modification of his bond, even when the GPS ankle monitor he has had to wear at home has caused periodic open sores and served little purpose.

---

[3] Mr. Fumero is available at 305-301-5601 or Lazaro_Fumero@flsp.uscourts.gov. Since Mrs. Bravo may not be able to drive for some time after surgery, Mr. Bravo may need to temporarily deal with matters she cannot do. Allowing Mr. Fumero to determine whether or when Mr. Bravo can leave his residence would avoid having to file with the Court if other meritorious issues should arise.

[4] The list of properties was set forth in DE 16, page 15.

[5] *See* entry at: https://www.zillow.com/homes/for_sale/1907-N.E.-118th-Road,-North-Miami,-FL-33181_rb/43977296_zpid/

Mr. Bravo's immediate concern is to be able to drive his wife to and from her surgeries and related medical appointments. We also suggest that future requests, if necessary, can be handled by the Pre Trial Services Officer.

We have contacted AUSA Frank Wu, who has authorized us to inform the Court that the Government does not oppose this motion.

Respectfully submitted,

**NEAL R. SONNETT, P.A**.
Attorneys for Roberto Guillermo Bravo
1581 Brickell Avenue, Suite 1804
Miami, Florida  33129-1240
Telephone:   305-358-2000
Fax:               888-277-0333
Email:                  nrslaw@sonnett.com

By  /s/  Neal R. Sonnett
   **NEAL R. SONNETT**
   Florida Bar No. 105986

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2022, I electronically filed the foregoing document with the Clerk of the Court and all counsel of record using CM/ECF.

By: /s/ Neal R. Sonnett
   **NEAL R. SONNETT**