**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-mc-23851-EGT**

**IN THE MATTER OF THE EXTRADITION
OF ROBERTO GUILLERMO BRAVO**

_____/

**ORDER GRANTING
MOTION TO MODIFY CONDITIONS OF RELEASE**

This cause came on to be heard upon the Bravo's Motion to Modify Conditions of Release in order to allow him to accompany his wife to surgery and related appointments. The Court, being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Motion is hereby **GRANTED**.

2. Mr. Bravo may accompany his wife to all appointments related to her scheduled cataract surgery.

**DONE AND ORDERED** IN CHAMBERS this _____ day of December, 2022.

_____
**HON. EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE**

**Copies to:**
**AUSA Jason Wu, Esq.**
**Neal R. Sonnett, Esq.**