UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-mc-23851-EGT

IN THE MATTER OF THE EXTRADITION
OF ROBERTO GUILLERMO BRAVO
_____/

## ORDER GRANTING
## MOTION TO MODIFY CONDITIONS OF RELEASE

This cause came on to be heard upon the Bravo's Motion to Modify Conditions of Release in order to allow him to accompany his wife to surgery and related appointments. The Court, being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Motion is hereby **GRANTED**.

2. Mr. Bravo may accompany his wife to all appointments related to her scheduled cataract surgery.

**DONE AND ORDERED** IN CHAMBERS this __2d__ day of December, 2022.

_____
HON. EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

**Copies to:**
AUSA Jason Wu, Esq.
Neal R. Sonnett, Esq.