UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-23851-MC-EGT

**IN THE MATTER OF
THE EXTRADITION OF
ROBERT GUILLERMO BRAVO.**
_____/

## NOTICE OF TIME ELAPSED

Consistent with Southern District of Florida Local Rule 7.1(b)(4), the government provides notice that three years have elapsed since the certification hearing and the conclusion of the post-hearing supplemental briefing in this extradition proceeding.

In this matter, Argentina requests that the United States extradite Roberto Guillermo Bravo ("Bravo") so that he can answer to charges of sixteen counts of homicide and three counts of attempted aggravated homicide. The charges allege that Bravo participated in the August 22, 1972, Trelew massacre, where a group of armed soldiers killed sixteen political prisoners and wounded three others at an Argentine Navy base in Trelew, Argentina.

On September 16, 2019, the United States filed a complaint in this District seeking Bravo's arrest and the certification of his extradition. In accordance with Rule 7.1(b)(4), the following dates set forth the subsequent relevant proceedings:

- February 3, 2020: Government's Memorandum of Law in Support of Extradition (DE27);
- February 27, 2020: Bravo's Memorandum in Opposition to Extradition (DE34);
- March 9, 2020: Certification Hearing Before this Court (DE37);
- April 20, 2020: Bravo's Post-Hearing Memorandum in Opposition to Extradition (DE38); and
- April 24, 2020: Government's Post-Hearing Memorandum in Support of Extradition

(DE40).

          Respectfully submitted,

          Markenzy Lapointe
          United States Attorney

By:    */s Jason Wu*
          Jason Wu
          Assistant United States Attorney
          Court ID No. A5502299
          99 N.E. 4th Street
          Miami, FL 33132
          (305) 961-9226
          Jason.Wu@usdoj.gov

## Certificate of Service

I hereby certify that on May 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and thereby served all counsel of record.

/s *Jason Wu*
Jason Wu
Assistant United States Attorney